# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# SOUTH BEND DIVISION

| | |
|---|---|
| ROBERT CARL JOHNSON, <br><br> Plaintiff, <br><br> v. <br><br> SOUTH BEND COMMUNITY REENTRY CTR., SUPERVISOR DOC, UNIT TEAM, BROSS, BOWEN, MACMILLAN, UNKNOWN RESIDENT, K. HILL, WELLS, PEKINS, and INDIANA DEPARTMENT OF CORRECTION, <br><br> Defendants. | CAUSE NO. 3:23-CV-689-PPS-AZ |

## OPINION AND ORDER

Robert Carl Johnson, a former prisoner without a lawyer, was granted until September 16, 2024, to file a third amended complaint. [ECF 19.] He was cautioned if he did not respond by the deadline, this case would be dismissed without further notice. The deadline passed, but he has not responded.

For these reasons and as more fully explained in the August 19, 2024, order [ECF 19], this case is DISMISSED under 28 U.S.C. § 1915A because the second amended complaint [ECF 12] does not state a claim for which relief can be granted.

SO ORDERED on September 23, 2024.

s/ Philip P. Simon
JUDGE
UNITED STATES DISTRICT COURT